IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MATTHEW LYNCH,

    Plaintiff,

    v.

OFFICER A. HALE, et al.,

    Defendants.

Civil Action
No. 18-5398 (RBK)(KMW)

**MEMORANDUM OPINION**

**Kugler, District Judge**

    1.    On April 4, 2018, Plaintiff Matthew Lynch filed his complaint in this matter pursuant to 42 U.S.C. § 1983.

    2.    After receiving the filing fee, the Court screened the complaint and allowed it to proceed on April 5, 2019.

    3.    The post office returned mail sent to Plaintiff as undeliverable on April 15, 2019, after receiving notice that Plaintiff was released from the Atlantic County Justice Facility at some earlier point in time. Plaintiff has not contacted the Court in the intervening time to provide an updated address.

    4.    Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009); *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008).

5. As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court will therefore administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court and defendants of his new address within 30 days.

6. Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

7. An appropriate Order follows.

**Date: April 22, 2019**                                  **s/Robert B. Kugler**
                                                          ROBERT B. KUGLER