UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MATTHEW LYNCH, | : | |
| Plaintiff, | : | Civ. No. 18-5398 (RBK) (MJS) |
| v. | : | |
| OFFICER A. HALE, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

**ROBERT B. KUGLER, U.S.D.J.**

Plaintiff, Matthew Lynch ("Plaintiff" or "Lynch"), is a former state prisoner proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. (*See* Dkt. No. 1). On April 5, 2019, this Court proceeded Plaintiff's complaint past screening. (*See* Dkt. No. 6). However, when mail was returned to this Court as undeliverable on Plaintiff, this matter was administratively terminated on April 25, 2019. (*See* Dkt. Nos. 9 & 10).

Subsequently, Plaintiff updated his address and this matter was reopened. (*See* Dkt. No. 19). Presently pending before this Court is Plaintiff's motion to amend his complaint. (*See* Dkt. No. 22). Plaintiff seeks to add Defendants to his complaint. For the following reasons, Plaintiff's motion to amend is denied without prejudice.

Local Civil Rule 15.1(a) provides that a party who seeks to amend a complaint must file a copy of the proposed amended complaint. Plaintiff's motion though fails to include an all-inclusive proposed amended complaint. Thus, the motion to amend will be denied without prejudice.

Additionally, on March 22, 2022, mail sent to Plaintiff by this Court was returned as undeliverable. Indeed, a review of the State of New Jersey Department of Corrections website

indicates that Plaintiff was released from prison on March 13, 2022. *See* https://www20.state.nj.us/DOC_Inmate/details?x=1459735&n=0 (last visited on March 29, 2022). Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 29th day of March, 2022,

ORDERED that Plaintiff's motion to amend the complaint (Dkt. No. 22) is denied without prejudice; and it is further

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Plaintiff updates his contact information within thirty (30) days and satisfies the appropriate Rules, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

                                                          s/ Robert B. Kugler
                                                          ROBERT B. KUGLER
                                                          United States District Judge